Form 751deny[Order Deny Application Installments]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

    Kyle Blaine Jackson and AmberLee Marie Jackson
          Debtor(s).

Case No. 19–27606 RKM

Chapter 13

ORDER DENYING FEE APPLICATION IN INSTALLMENTS

The Court having reviewed the Application to Pay Filing Fee in Installments, finds that the Debtor has not paid filing fees in previously–filed cases in full. Therefore, it is hereby

**ORDERED**, that the Application to Pay Filing Fee in Installments is **DENIED**, and it is further

**ORDERED** that the Debtor shall, by October 29, 2019, pay the case filing fee in full.

Dated and Entered on: October 16, 2019

*R. Kimball Mosier*

United States Bankruptcy Judge   (6 – 5)