David L. Fisher (11570)
**Fisher Law Group PLLC**
2825 E Cottonwood Pkwy Ste 500
Cottonwood Heights, UT 84121
Phone: 801-931-9001
E-mail: fisherlawllc@lawyer.com
*Attorney for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>KYLE BLAINE JACKSON<br>AND AMBERLEE<br>MARIE JACKSON<br><br>Debtors | Case No.   19−27606 RKM<br><br>Chapter 13<br><br>Judge: R. KIMBALL MOSIER |
|---|---|

### DEBTORS' NOTICE OF FIRST POST-PETITION MORTAGE PAYMENT

Debtors Kyle Blaine Jackson and AmberLee Marie Jackson, by and through their counsel of record, hereby provide notice to all interested parties of their first post-petition mortgage payment concerning the real property located at 555 North 75 West, Springville, UT 84663 made payable to Freedom Mortgage Corporation, PO BOX 619063, Dallas, TX 75261. Debtors' account number with Freedom Mortgage Corporation is ******5734.  The post-petition mortgage payment was made in the amount of $1,689.70 by a bank wire from Utah Community Credit Union to Freedom Mortgage Corporation.

Dated this 16th day of October, 2019.

*/s/ David L. Fisher*
David L. Fisher
*Attorney for Debtors*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served on this 16th day of October, 2019 on the following parties by USPS first class mail or by ECF if parties are registered ECF users:

Lon Jenkins
Chapter 13 Trustee
405 Main St #600
Salt Lake City, UT 84111

United States Trustee
405 Main St #300
Salt Lake City, UT 84111

Freedom Mortgage Corporation.
PO BOX 619063
Dallas, TX 75261


Dated this 16th day of October, 2019.

*/s/ David L. Fisher*
David L. Fisher
*Attorney for Debtors*