**Form 723**[ODSM – Ch 13 NOD]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Kyle Blaine Jackson and AmberLee Marie Jackson<br>    Debtor(s). | Case No. 19−27606 RKM<br>Chapter 13 |

## ORDER OF DISMISSAL

 Based on Debtors Kyle Blaine Jackson and AmberLee Marie Jackson having failed to comply with one or more of the requirements of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules and notice having been properly given, THE COURT HEREBY ORDERS:

 Debtors Kyle Blaine Jackson and AmberLee Marie Jackson in the above−captioned case are dismissed without prejudice and, if there is no confirmed plan, the Trustee is directed to disburse all remaining funds on hand, if any, in compliance with Local Rule 2083−1(i). Attorney's fees in an amount up to $1000.00 are awarded less any pre−petition retainer paid to debtor's counsel, which will be disbursed pursuant to Local Rule 2083−1(i); or

 If there is a confirmed plan, all funds in this case posted to the Trustee's account on or before the date of entry of this order shall be disbursed by the Trustee according to the terms of the confirmed plan. Funds received by the Trustee after the entry of this order shall be refunded to the debtor(s).

Dated and Entered on: November 19, 2019

*R. Kimball Mosier*

United States Bankruptcy Judge